UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 04 B 30881
   WILLIAM J NEDROW
   COLLEEN NEDROW                         CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
          Debtor
   SSN XXX-XX-7553    SSN XXX-XX-8491
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 08/19/04 and confirmed on 10/13/04.

2. The plan is paid in full.

3. The Debtor paid a total of $ 36426.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| JP MORGAN CHASE BANK | CURRENT MORTG | .00 | .00 | .00 |
| CHASE HOME FINANCE | SECURED | .00 | .00 | .00 |
| FIFTH THIRD BANK | SECURED | 9300.00 | 707.91 | 9300.00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| JP MORGAN CHASE BANK | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 1379.38 | .00 | 928.92 |
| WORLD FINANCIAL NETWORK | UNSECURED | 460.55 | .00 | 310.15 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| WORLD FINANCIAL NETWORK | UNSECURED | 135.24 | .00 | 91.08 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 14166.73 | .00 | 9540.38 |
| CITI CARD | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | 6885.38 | .00 | 4636.86 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NEWPORT NEWS FCNB | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 1296.12 | .00 | 872.85 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2761.62 | .00 | 1859.77 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| UNIVERSAL CARD | UNSECURED | NOT FILED | .00 | .00 |
| FIFTH THIRD BANK | UNSECURED | 7405.50 | .00 | 4987.13 |

Summary of disbursements:

---

```
                   SECURED     PRIORITY    UNSECURED         OTHER        TOTAL
-------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  9300.00         .00    34490.52           .00     43790.52
PRINCIPAL PAID      9300.00         .00    23227.14           .00     32527.14
INTEREST PAID        707.91         .00         .00           .00       707.91
TOTAL PAID         10007.91         .00    23227.14           .00     33235.05
```

The Debtor's attorney, JOSEPH WROBEL ESQ              , was allowed $  2700.00
and was paid $   1000.00  direct and $   1700.00  through the plan.

The Trustee received $   1490.95 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/07/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE